

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00356-CR

Ex Parte Juan **ENRIQUEZ**,
Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 3862-G
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant has filed a pro se motion for relief based on the record. The record indicates that at the time of his filing, appellant was represented by Richard Langlois. In Texas, appellants do not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 889 (Tex. (Tex. Crim. App. App. 2001); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, appellant's motions are DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk